IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3127 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| SOPHIA K. MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

Due to a medical issue, defendant's appointed counsel, John Aman, cannot represent the defendant at this time. At the court's request, the Federal Public Defender has located counsel to replace Mr. Aman, and Korey Reiman has now entered his appearance as counsel for the defendant.

Accordingly,

IT IS ORDERED:

1) On the court's own motion, John Aman is withdrawn as counsel for the defendant, Sophia Morris. The Clerk is directed to remove Mr. Aman from all future ECF notifications in this case.

2) Korey Reiman is hereby appointed as counsel for the defendant. Mr. Reiman shall promptly forward a copy of this memorandum and order to the defendant.

DATED this 9th day of February, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge