IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3127 |
| | ) | |
| v. | ) | |
| | ) | |
| SOPHIA K. MORRIS, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the outset of this case, John F. Aman was appointed to represent the defendant. Mr. Aman encountered health issues, and while he was recovering, Korey Reiman was appointed to represent the defendant. Mr. Aman has now resumed his practice and representation of the defendant. Mr. Reiman requested and was granted leave to withdraw on March 18, 2010.

On the court's own motion,

IT IS ORDERED that the Federal Public Defender is authorized to process a CJA 20 voucher for services provided by counsel Korey Reiman upon receipt of the voucher, and prior to final resolution of this case or submission of CJA20 voucher by counsel John F. Aman.

DATED this 5th day of April, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge