IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3127 |
| | ) | |
| V. | ) | |
| | ) | |
| SOPHIA K. MORRIS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Sealed Memorandum and Order (Filing No. 32) regarding reimbursement of $71.00 to defendant's counsel for the defendant's bus travel on February 16, 2010 is withdrawn.

DATED this 19th day of April, 2010.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge