IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3127 |
| | ) | |
| v. | ) | |
| | ) | |
| SOPHIA K. MORRIS, | ) | TENTATIVE FINDINGS ON OBJECTIONS |
| | ) | TO PRESENTENCE INVESTIGATION |
| Defendant. | ) | REPORT |
| | ) | |

Objections were made by the defendant, as shown by the Addendum to the Presentence Investigation Report, May 21, 2010, to paragraphs 13-18 and 20. In view of the probation officer's response that paragraph 20 was amended in the latest version of the Presentence Investigation Report, which is dated May 21, 2010, to reflect Ms. Morris' statement set out in the Defendant's Objection, I tentatively find that the Presentence Investigation Report, as revised, is now true and accurate. That finding may be objected to at the time of the sentencing, but no evidence has been requested or will be permitted.

Dated June 3, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge