IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3127 |
| | ) | |
| v. | ) | |
| | ) | |
| SOPHIA K. MORRIS, | ) | ORDER GRANTING MOTION TO |
| | ) | RESTRICT |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Motion to Restrict, filing 64, is granted pursuant to the E-Government Act.

    Dated January 13, 2011.

                                            BY THE COURT

                                            s/ Warren K. Urbom
                                            United States Senior District Judge